# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26O0032. CARA WILLIAMS v. BABS BAILEY, CLERK.

Cara Williams attempted to file a petition for mandamus in Whitfield County Superior Court against the District Attorney and the Sheriff of Whitfield County, as well as the Chief of the Dalton Police Department. According to Williams, Babs Bailey, the Clerk of the Whitfield County Superior Court, refused to file her pleading. Seeking an order requiring Bailey to file her petition, Williams filed petitions for writ of mandamus in both this Court and the Georgia Supreme Court.

We dismissed the mandamus petition Williams filed in this Court for lack of jurisdiction, explaining that she should first attempt to file that petition in the superior court and obtain a ruling on the same. *Williams v. Bailey*, Case No. A26O0017 (June 25, 2026). See *Arnold v. Alexander*, 321 Ga. 330, 335(1) (914 SE2d 311) (2025) (Georgia's appellate courts are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments.").

Following entry of our dismissal order, the Georgia Supreme Court transferred to us the original mandamus petition filed by Williams in that court. *Williams v. Bailey*, Case No. S26O1467 (June 30, 2026). The transferred petition was then docketed as the current case. However, for the reasons set forth in our June 25 order dismissing

Case No. A26O0017, we also lack jurisdiction over the transferred petition. Accordingly, this petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/10/2026_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*